[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 738.]

TOLEDO BAR ASSOCIATION *v*. FREI.

[Cite as *Toledo Bar Assn. v. Frei*, 1995-Ohio-254.]

*Attorneys at law—Misconduct—Public reprimand—Neglect of an entrusted legal matter.*

(No. 94-2251—Submitted July 26, 1995—Decided October 11, 1995.)

ON CERTIFIED REPORT by the Board of Commissioners on Grievances and Discipline of the Supreme Court, No. 93-80.

_____

{¶ 1} In a complaint filed on December 6, 1993, relator, Toledo Bar Association, charged respondent, Susan E. Frei of Lakewood, Ohio, Attorney Registration No. 0042214, with professional misconduct involving violations of, *inter alia*, DR 6-101(A)(3) (neglect of an entrusted legal matter) and Gov.Bar R. V(4)(G) (failure to cooperate in investigation of misconduct). Initially, the Board of Commissioners on Grievances and Discipline of the Supreme Court ("board") recommended, on the basis of its panel's report, that relator's motion for default be granted and that respondent receive an indefinite suspension from the practice of law. We remanded the matter to assure that respondent received sufficient notice of relator's charges, see 71 Ohio St.3d 1470, 645 N.E.2d 734, and a board panel reviewed the matter pursuant to our order.

{¶ 2} The panel determined that respondent had no actual notice of the disciplinary proceedings against her, and it accepted respondent's stipulation to having violated DR 6-101(A)(3) and relator's dismissal of the other charges.

{¶ 3} Respondent stipulated to neglect because she relocated her practice in 1992 and lost contact with a bankruptcy client for whom she had not completed promised work. Respondent returned the client's case file and $420 payment for

fees and filing costs when she learned of relator's complaint. Respondent also indicated her sincere remorse for having neglected the client's case.

{¶ 4} The panel recommended that respondent receive a public reprimand, and the board adopted the panel's finding of misconduct and its recommendation.

_____

*James E. Goranson*, for relator.
*Charles W. Kettlewell*, for respondent.

_____

**Per Curiam.**

{¶ 5} Upon review of the record, we agree with the board's finding of misconduct and recommended sanction. Susan E. Frei is hereby publicly reprimanded for having violated DR 6-101(A)(3). Costs taxed to respondent.

*Judgment accordingly*.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____